COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| WARREN E & P, INC., f/k/a | § | |
| PETROLEUM DEVELOPMENT | | No. 08-10-00198-CV |
| CORPORATION d/b/a PEDECO, INC., | § | |
| WARREN RESOURCES, INC., and OIL | | Appeal from the |
| TECHNOLOGY FUND 1996 – SERIES | § | |
| D, L. P., | | 81st District Court |
|     Appellants/Cross- | § | |
| Appellees, | | of Frio County, Texas |
| | § | |
| v. | | (TC# 98-02-00039CVF) |
| | § | |
| GOTHAM INSURANCE COMPANY, | | |
|     Appellee/Cross- | | |
| Appellant. | | |

## MEMORANDUM OPINION

Pending before the Court is the parties' joint motion to render judgment effectuating the parties' settlement agreement as permitted by TEX. R. APP. P. 42.1(a)(2)(A). Accordingly, we grant the motion and render judgment effectuating the parties' settlement agreement. In accordance with the parties' agreement, trial and appellate costs are taxed against the party incurring the same. *See* TEX. R. APP. P. 42.1(d). The agreed motion for extension of time to appoint mediator is denied as moot.

                              ANN CRAWFORD McCLURE, Chief Justice

November 5, 2014

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., not participating